UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Francisco Maya

                Plaintiff(s),

                v.

PCI Construction, Hamid Adlparvar and
DOES 1-10

                Defendant(s).
_____/

CASE NO. C07 06047 JW/RS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference April 21, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Roberta Hayashi | PCI Construction, Inc. and Hamid Adlparvar | (408)286-5800 | roberta.hayashi@berliner.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                                  Attorney for Plaintiff

Dated: 3/31/2008

                                                                  Attorney for Defendant

Rev 12.05