ROBERTA S. HAYASHI, CA STATE BAR NO. 105141
MARY KATHARINE WILSON, CA STATE BAR NO. 248771
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
roberta.hayashi@berliner.com
kate.wilson@berliner.com

ATTORNEYS FOR DEFENDANTS PCI CONSTRUCTION, INC.
AND HAMID ADLPARVAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANCISCO MAYA, | CASE NO. C07-06047 JW/RS |
|---|---|
| Plaintiff, | NOTIFICATION OF APPEARANCE |
| v. | |
| PCI CONSTRUCTION, INC., HAMID ADLPARVAR and DOES 1-10, | |
| Defendants. | |

PLEASE TAKE NOTICE that Mary Katharine Wilson of Berliner Cohen, 10 Almaden Boulevard, Suite 1100, San Jose, California 95113, telephone number (408) 286-5800 and fax number (408) 998-5388, hereby gives notice of her appearance as attorney for Defendants PCI Construction, Inc., and Hamid Adlparvar in the above referenced matter. Counsel for PCI Construction, Inc., and Hamid Adlparvar requests that she be added to all service lists in this matter, and be served with copies of notices, pleadings, and all papers relative to this matter.

DATED: APRIL 14, 2008

BERLINER COHEN

BY: _____
ROBERTA S. HAYASHI
MARY KATHARINE WILSON
ATTORNEYS FOR DEFENDANTS PCI
CONSTRUCTION, INC. AND HAMID ADLPARVAR

CASE NO. C07-06047 JW/RS

-1-

NOTIFICATION OF APPEARANCE

\KWILSON\758490.1
041408-17188001