IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Francisco Maya,<br><br>   Plaintiff,<br> v.<br><br>PCI Construction Inc., et al.,<br><br>   Defendants.<br>_____/ | NO. C 07-06047 JW<br><br>**ORDER VACATING SCHEDULING ORDER; REASSIGNING CASE TO MAGISTRATE JUDGE** |

Pursuant to the parties' consent to proceed before a Magistrate Judge for all purposes, (see Docket Item Nos. 8, 10), the Court VACATES its April 16, 2008 Scheduling Order. The Clerk shall reassign this case to a Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Dated: May 8, 2008

                    _____
                    JAMES WARE
                    United States District Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

James Dal Bon jdblaw@earthlink.net
Mary Katharine Wilson kate.wilson@berliner.com
Roberta S. Hayashi roberta.hayashi@berliner.com

Dated: May 8, 2008

Richard W. Wieking, Clerk

By: /s/ JW Chambers
Elizabeth Garcia
Courtroom Deputy

United States District Court
For the Northern District of California