**\*E-FILED\***
**June 9, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MAYA, | No. 07-06047 RS |
| Plaintiff(s), | ORDER SETTING CASE <u>MANAGEMENT CONFERENCE</u> |
| v. | [Reassigned Case] |
| PCI CONSTRUCTION, INC., et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Richard Seeborg for trial and all further proceedings,

IT IS HEREBY ORDERED, pursuant to Fed.R.Civ.P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **July 9, 2008 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

The parties are directed to file their Consent to Proceed Before a United States Magistrate Judge no later than **July 2, 2008**.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10.

All documents filed in this matter shall list the civil case number followed only by the initials "**RS**."

Dated: June 9, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James Dal Bon     jdblaw@earthlink.net

Roberta S. Hayashi     robert.hayashi@berliner.com

Mary Katharine Wilson     kate.wilson@berliner.com, dana.gregg@berliner.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 9, 2008

                                            /s/ BAK
                                           Chambers of Magistrate Judge Richard Seeborg