1  ROBERTA S. HAYASHI, CA STATE BAR NO. 105141
   MARY KATHARINE WILSON, CA STATE BAR NO. 248771
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  roberta.hayashi@berliner.com
   kate.wilson@berliner.com
6

7  ATTORNEYS FOR DEFENDANTS PCI CONSTRUCTION, INC.
   AND HAMID ADLPARVAR

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  FRANCISCO MAYA,                          CASE NO. C07-06047 RS

13          Plaintiff,                       STIPULATION AND [PROPOSED] ORDER
                                             CONTINUING CASE MANAGEMENT
14      v.                                   CONFERENCE

15  PCI CONSTRUCTION, INC., HAMID            Current Case Management Date: July 9, 2008
    ADLPARVAR and DOES 1-10,                 Time: 2:30 p.m.
16                                           Judge: Richard Seeborg
            Defendants.
17

18      Defendants, PCI Construction, Inc. and Hamid Adlparvar, and Plaintiff Francisco Maya,

19  by and through their undersigned counsel, hereby stipulate as follows:

20      1.   WHEREAS the parties are actively engaged in settlement negotiations to resolve

21  the matter;

22      2.   WHEREAS the Case Management Conference is scheduled for July 9, 2008 at

23  2:30 p.m. in Courtroom 4; and

24      3.   WHEREAS the parties wish to continue the Case Management Conference for 60

25  days to continue settlement negotiations.

26  ///

27  ///

28  ///

1  IT IS PROPOSED AND STIPULATED:

2  The date set for the Case Management Conference is continued 60 days to a time and
3  date convenient for the Court to allow the parties to continue settlement negotiations to resolve
4  the matter.

5  IT IS SO STIPULATED.

7  DATED: JULY 7, 2008                    BERLINER COHEN

9                                          BY: _____
                                            ROBERTA S. HAYASHI
10                                          MARY KATHARINE WILSON
                                            ATTORNEYS FOR DEFENDANTS PCI
11                                          CONSTRUCTION, INC. AND HAMID ADLPARVAR

13  DATED: JULY 7, 2008                    LAW OFFICES OF JAMES DAL BON

15                                          BY: _____
                                            JAMES DAL BON
                                            ATTORNEYS FOR PLAINTIFF FRANCISCO MAYA

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  DATED: _____, 2008

21                                          BY: _____
                                            RICHARD SEEBORG
22                                          UNITED STATES MAGISTRATE JUDGE

CASE NO. C07-06047 RS                    -2-
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

\KWILSON\758323.1
041008-17188001