ROBERTA S. HAYASHI, CA STATE BAR NO. 105141
MARY KATHARINE WILSON, CA STATE BAR NO. 248771
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
roberta.hayashi@berliner.com
kate.wilson@berliner.com

ATTORNEYS FOR DEFENDANTS PCI CONSTRUCTION, INC.
AND HAMID ADLPARVAR

*E-FILED 7/7/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MAYA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PCI CONSTRUCTION, INC., HAMID ADLPARVAR and DOES 1-10,<br><br>　　　　Defendants. | CASE NO. C07-06047 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Current Case Management Date: July 9, 2008<br>Time: 2:30 p.m.<br>Judge: Richard Seeborg |

Defendants, PCI Construction, Inc. and Hamid Adlparvar, and Plaintiff Francisco Maya, by and through their undersigned counsel, hereby stipulate as follows:

1. WHEREAS the parties are actively engaged in settlement negotiations to resolve the matter;

2. WHEREAS the Case Management Conference is scheduled for July 9, 2008 at 2:30 p.m. in Courtroom 4; and

3. WHEREAS the parties wish to continue the Case Management Conference for 60 days to continue settlement negotiations.

///

///

///

CASE NO. C07-06047 RS

-1-

REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

\KWILSON\758323.1
041008-17188001

1  IT IS PROPOSED AND STIPULATED:

2  The date set for the Case Management Conference is continued 60 days to a time and
3  date convenient for the Court to allow the parties to continue settlement negotiations to resolve
4  the matter.

5  IT IS SO STIPULATED.

7  DATED: JULY 7, 2008                BERLINER COHEN

9                                     BY: _____
                                       ROBERTA S. HAYASHI
10                                     MARY KATHARINE WILSON
                                       ATTORNEYS FOR DEFENDANTS PCI
11                                     CONSTRUCTION, INC. AND HAMID ADLPARVAR

13  DATED: JULY 7, 2008                LAW OFFICES OF JAMES DAL BON

                                       *Digitally signed by James Dal Bon*
                                       *Date: 2008.07.07 14:35:16 -07'00'*
14                                     BY: _____
15                                     JAMES DAL BON
                                       ATTORNEYS FOR PLAINTIFF FRANCISCO MAYA

17  PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management
18  Conference is continued to September 10, 2008 at 2:30 p.m.

19  DATED: July 7, 2008

21                                     BY: _____
22                                     RICHARD SEEBORG
                                       UNITED STATES MAGISTRATE JUDGE

CASE NO. C07-06047 RS                  -2-

REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

\KWILSON\758323.1
041008-17188001