1  ROBERTA S. HAYASHI, CA STATE BAR NO. 105141
   MARY KATHARINE WILSON, CA STATE BAR NO. 248771
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR                                    *E-FILED 9/9/08*
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  roberta.hayashi@berliner.com
   kate.wilson@berliner.com

ATTORNEYS FOR DEFENDANTS PCI CONSTRUCTION, INC.
AND HAMID ADLPARVAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FRANCISCO MAYA, | CASE NO.  C07-06047 RS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| PCI CONSTRUCTION, INC., HAMID ADLPARVAR and DOES 1-10, | Current Case Management Date:   September 10, 2008 |
| Defendants. | Time:  2:30 p.m.<br>Judge:  Richard Seeborg |

Defendants, PCI Construction, Inc. and Hamid Adlparvar, and Plaintiff Francisco Maya, by and through their undersigned counsel, hereby stipulate as follows:

1.  WHEREAS the parties are actively engaged in settlement negotiations to resolve the matter;

2.  WHEREAS the Case Management Conference is scheduled for September 10, 2008 at 2:30 p.m. in Courtroom 4; and

3.  WHEREAS the parties wish to continue the Case Management Conference for 60 days to continue settlement negotiations.

///

///

///

1  IT IS PROPOSED AND STIPULATED:

2  The date set for the Case Management Conference is continued 60 days to a time and
3  date convenient for the Court to allow the parties to continue settlement negotiations to resolve
4  the matter.

5  IT IS SO STIPULATED.

7  DATED:  SEPTEMBER 10, 2008                BERLINER COHEN

9  BY: _____
    ROBERTA S. HAYASHI
10   MARY KATHARINE WILSON
    ATTORNEYS FOR DEFENDANTS PCI
11   CONSTRUCTION, INC. AND HAMID ADLPARVAR

13  DATED:  SEPTEMBER 10, 2008                LAW OFFICES OF JAMES DAL BON

15  BY:  /JDB  JAMES DAL BON
    JAMES DAL BON
    ATTORNEYS FOR PLAINTIFF FRANCISCO MAYA

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management
18  Conference is continued to 11/12/08 at 2:30 p.m.  An updated joint case management
    statement shall be filed no later than 11/5/08.

19  DATED:     9/9    , 2008

21  BY: _____
    RICHARD SEEBORG
22   UNITED STATES MAGISTRATE JUDGE

CASE NO.  C07-06047 RS                   -2-
\KWILSON\771693.1
090808-17188001
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE