ROBERTA S. HAYASHI, CA STATE BAR NO. 105141
MARY KATHARINE WILSON, CA STATE BAR NO. 248771
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
roberta.hayashi@berliner.com
kate.wilson@berliner.com

*E-FILED 11/4/08*

ATTORNEYS FOR DEFENDANTS PCI CONSTRUCTION, INC.
AND HAMID ADLPARVAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MAYA,<br><br>      Plaintiff,<br><br>      v.<br><br>PCI CONSTRUCTION, INC., HAMID ADLPARVAR and DOES 1-10,<br><br>      Defendants. | CASE NO. C07-06047 RS<br><br>STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u><br><br>Case Management Date:  September 10, 2008<br>Time:  2:30 p.m.<br>Judge:  Richard Seeborg |

Defendants, PCI Construction, Inc. and Hamid Adlparvar, and Plaintiff Francisco Maya, by and through their undersigned counsel of record hereby stipulate as follows:

1. WHEREAS the parties have agreed to settle this action fully and finally among them, each side to bear its own costs and attorneys' fees; and

2. WHEREAS pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) the parties wish to dismiss this action in its entirety <u>with prejudice</u>.

///

///

///

///

///

1  IT IS PROPOSED AND STIPULATED:

2  This action, United Stated District Court for the Northern District of California Case No.

3  C007-06047 RS, is dismissed <u>with prejudice</u>.

4  IT IS SO STIPULATED.

6  DATED:                , 2008        BERLINER COHEN

8                                       BY: _____
                                         ROBERTA S. HAYASHI
9                                        MARY KATHARINE WILSON
                                         ATTORNEYS FOR DEFENDANTS PCI
10                                       CONSTRUCTION, INC. AND HAMID ADLPARVAR

12  DATED:                , 2008        LAW OFFICES OF JAMES DAL BON

13                                       BY: _____
                                         (Digitally signed by James Dal Bon, Date: 2008.10.10 18:10:11 -07'00')
14                                       JAMES DAL BON
                                         ATTORNEYS FOR PLAINTIFF FRANCISCO MAYA

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18  DATED:   11/4   , 2008

20                                       BY: _____
21                                       RICHARD SEEBORG
                                         UNITED STATES MAGISTRATE JUDGE